# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Case No.: 3:24-cv-269-WWB-MCR

BENJAMIN JOHN MATTHEWS,
an Individual Petitioner,

-vs.-

TIFFANIE ROCHELLE DAWN MATTHEWS,
an Individual Respondent.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, by and through his undersigned attorney, Petitioner, BENJAMIN JOHN MATTHEWS, and files this Notice of Settlement, to which Respondent is joining, and as grounds would state:

1. This case is set for Hearing on June 6, 2024, at 10:00 a.m.

2. The Petitioner and Respondent have negotiated that for the sake of all the parties involved, including the Child at issue, and another child in common who is 5 years of age, a settlement was the most advisable outcome and the parties are finalizing the terms of an Agreed Order that has been freely and willingly entered into.

3. The parties will file the Agreed Order and a corresponding Motion seeking its entry as soon as all parties have signed the Agreed Order, but prior to the hearing on June 6, 2024.

Dated this June 3, 2024.

1

Respectfully submitted,

| **BOYER LAW FIRM, P.L.** | **GUNSTER, YOAKLEY, & STEWARD, P.A.** |
|---|---|
| */s/ Francis Boyer* | */s/ Derek K. Mountford* |
| Francis M. Boyer, Esq. | Derek K. Mountford, Esq. |
| Florida Bar No. 55458 | Florida Bar No 127172 |
| 9471 Baymeadows Road | */s/ Samantha Medina* |
| Suite 406 | Samantha Medina, Esq. |
| Jacksonville, Florida 32256 | Florida Bar No. 1030933 |
| Tel : (904) 236-5317 | Gunster, Yoakley, & Steward, P.A. |
| Fax: (904) 371-3935 | 200 South Orange Ave., Ste 1400 |
| fboyer@BoyerLawFirm.com | Tel: (407) 648-5077 |
| *Attorneys for Petitioner* | Fax: (407) 849-1233 |
| | dmountford@gunster.com |
| | smedina@gunster.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.  I also certify that the foregoing document complies with the style requirements as set out in the Local Rules of the United States District Court for the Middle District of Florida.

/s/ <i>Francis M. Boyer, Esq.</i><br>
Francis M. Boyer, Esq.<br>
Florida Bar No: 55458